UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                :

BE LABS, INC.,                                  :

                           Plaintiff,    :

                                    :            24 Civ. 3643 (LGS)

            -against-           :

                                    :                ORDER

UBIQUITI, INC.,                        :

                         Defendant.  :

                                                :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated November 14, 2024, a conference is scheduled for

December 11, 2024, at 4:20pm.  It is hereby

      **ORDERED** that the conference is adjourned to **December 11, 2024, at 4:30 pm**.  To

join the conference, the parties shall call **(855) 244-8681** and enter access code **2311 193 8649**.

Dated:  December 10, 2024
          New York, New York.

                                          **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**