UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BE LABS, INC.,

                Plaintiff,

      -against-

UBIQUITI, INC.,

               Defendant.
------------------------------------------------------------X

24 Civ. 3643 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held on December 11, 2024. As discussed at the conference, it is hereby

    **ORDERED** that the motions for summary judgment described by paragraph 9 of the Order dated July 11, 2024, are limited to any motions related to issues upon which claim construction will depend.

Dated: December 12, 2024
       New York, New York.

                                             LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE