# RABICOFF LAW LLC

4311 N RAVENSWOOD AVE SUITE 315　　(773) 669 4590
CHICAGO, IL 60613　　　　　　　　　　ISAAC @ RABILAW.COM

The conference scheduled for January 23, 2025, is **canceled**.  So Ordered.

Dated: January 22, 2025
　　　New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**

January 21, 2025

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

　　Re:　*BE Labs, Inc. v. Ubiquiti Inc*.
　　　　Civil Action No. 1:24-cv-03643-LGS (S.D.N.Y.)
　　　　Request to Cancel 1/23/2025 Conference

Dear Judge Schofield,

　　I represent Plaintiff BE Labs, Inc. ("Plaintiff") in the above-referenced patent infringement action.

　　Pursuant to the Order entered December 18, 2024 [Dkt. 49], the parties hereby notify the Court that they have no active disputes to raise with the Court.  The parties respectfully request that the January 23, 2025, conference be canceled.

　　We appreciate the Court's consideration of this request.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Isaac Rabicoff
　　　　　　　　　　　　　　　　　Isaac Rabicoff (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　Rabicoff Law LLC
　　　　　　　　　　　　　　　　　4311 N Ravenswood Ave Suite 315
　　　　　　　　　　　　　　　　　Chicago, IL 60613
　　　　　　　　　　　　　　　　　7736694590
　　　　　　　　　　　　　　　　　isaac@rabilaw.com
　　　　　　　　　　　　　　　　　**Counsel for Plaintiff**
　　　　　　　　　　　　　　　　　**BE Labs, Inc.**