UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BE LABS, INC.,

                    Plaintiff,

        -against-

UBIQUITI, INC.,

                   Defendant.
------------------------------------------------------------X

24 Civ. 3643 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, in accordance with the case management plan and scheduling order, a claim construction hearing is scheduled for April 10, 2025, at 1:00 p.m. It is hereby

    **ORDERED** that the claim construction hearing will be held on **April 8, 2025, at 10:30 a.m**. The hearing will be conducted **IN PERSON** at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106. It is further

    **ORDERED** that, by **March 10, 2025**, the parties shall file a joint letter proposing how much time should be allotted for the hearing and whether it will consist entirely of attorney argument or whether there will be anything else presented.

Dated: March 3, 2025
       New York, New York.

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE