# RABICOFF LAW LLC

4311 N RAVENSWOOD AVE SUITE 315    (773) 669 4590
CHICAGO, IL 60613                   ISAAC @ RABILAW.COM

**VIA ECF**

March 10, 2025

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Application **GRANTED.** The parties shall file the joint letter by **March 14, 2025**.

Dated: March 10, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

        Re:    ***BE Labs, Inc. v. Ubiquiti Inc.***
               **Civil Action No. 1:24-cv-03643-LGS (S.D.N.Y.)**
               **Request for extension to file joint letter**

Dear Judge Schofield,

        I represent Plaintiff BE Labs, Inc. ("Plaintiff") in the above-referenced patent infringement action. By this letter motion, Plaintiff respectfully requests a four (4) day extension in which to file a joint letter proposing how much time should be allotted for the hearing and whether it will consist entirely of attorney argument or whether there will be anything else presented, up to and until Friday, March 14, 2025. The current letter due date of Monday, March 10, 2025, was set by this Court's order on March 3, 2025 [Dkt. 56].

        This is Plaintiff's first request for an extension. The request does not affect any other dates. Defendant Ubiquiti Inc. is unopposed.

        We appreciate the Court's consideration of this request.

                                    Respectfully submitted,

                                    /s/ Isaac Rabicoff
                                    Isaac Rabicoff (admitted *pro hac vice*)
                                    Rabicoff Law LLC
                                    4311 N Ravenswood Ave Suite 315
                                    Chicago, IL 60613
                                    7736694590
                                    isaac@rabilaw.com
                                    **Counsel for Plaintiff**
                                    **BE Labs, Inc.**