UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                        :
BE LABS, INC.,                                            :
                         Plaintiff,    :
                                                  :    24 Civ. 3643 (LGS)
              -against-                      :
                                                  :    **ORDER**
UBIQUITI INC.,                                      :
                                  Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Patent Case Management Plan and Scheduling Order, Dkt. No. 24, dated July 11, 2024, required the parties to jointly file a claim construction chart as provided in Texas Rule 4-5(d) and its subparts by March 31, 2025.

      WHEREAS, the parties failed to jointly file such a claim construction chart by March 31, 2025.  It is hereby

      **ORDERED** that the parties shall jointly file a claim construction chart as provided in Texas Rule 4-5(d) and its subparts by **April 3, 2025**.

Dated:  April 1, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE