UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   BE LABS, INC.,
                             Plaintiff,

              -against-                  24 Civ. 3643 (LGS)

   UBIQUITI INC.,                           **ORDER**
                             Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a claim construction hearing occurred on April 8, 2025.

      WHEREAS, at the hearing, the parties were directed to engage in settlement discussions and provide the Court an update on their progress. It is hereby

      **ORDERED** that by **April 11, 2025**, Plaintiff shall make a settlement demand to Defendant. It is further

      **ORDERED** that by **May 2, 2025**, the parties shall file a joint status letter updating the Court on the status of any settlement discussions.

Dated: April 8, 2025
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE