UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                       :

BE LABS, INC.,                       :

                     Plaintiff,  :

                            :          24 Civ. 3643 (LGS)

            -against-        :

                            :               **ORDER**

UBIQUITI INC.,                     :

                 Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Opinion and Order issued on January 15, 2026, required the parties to

submit a joint letter proposing next steps by January 29, 2026.

      WHEREAS, nothing has been filed on the docket since January 15, 2026.  It is hereby

      **ORDERED** that the parties shall file the aforementioned status letter by **February 5,**

**2026**.

Dated: February 3, 2026
       New York, New York

                              **LORNA G. SCHOFIELD**
                         **UNITED STATES DISTRICT JUDGE**