UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
  BE LABS, INC.,                                           :
                                          Plaintiff,       :
                                                           :          24 Civ. 3643 (LGS)
                          -against-                        :
                                                           :          **ORDER**
  UBIQUITI INC.,                                           :
                                          Defendant.  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order issued February 9, 2026, required Plaintiff to file its amended infringement contentions by March 2, 2026.

WHEREAS, nothing has been filed on the docket since February 9, 2026.  It is hereby

**ORDERED** that Plaintiff shall file its amended infringement contentions no later than **March 5, 2026**.  Plaintiff is once again reminded that Court deadlines are not optional.  It is further

**ORDERED** that the deadline for the parties' joint proposed schedule is **ADJOURNED** to **March 12, 2026**.

Dated:  March 3, 2026
        New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE