UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                         :

BE LABS, INC.,                      :

                  Plaintiff,   :

                                  :           24 Civ. 3643 (LGS)

          -against-      :

                                  :             **ORDER**

UBIQUITI INC.,                  :

                  Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, at the conference held on April 14, 2026, the parties agreed that Defendant Ubiquiti Inc. would reimburse Plaintiff BE Labs, Inc. for train fare and two hours of attorneys' fees incurred in connection with counsel's travel to the conference.  It is hereby

      **ORDERED** that Defendant shall reimburse Plaintiff for such train fare and attorneys' fees.  The parties shall meet and confer in good faith to determine the amount of such reimbursement and will promptly notify the Court if they are unable to reach agreement.

Dated: April 15, 2026
      New York, New York

                                  LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE