UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BE LABS, INC., Plaintiff, -against- UBIQUITI INC., Defendant. | 24 Civ. 3643 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties attended a settlement conference before Magistrate Judge Robert Lehrburger on July 6, 2026. It is hereby

**ORDERED** that by **September 15, 2026**, the parties shall file a joint letter regarding the status of the case.

Dated: September 8, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**