UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BE LABS, INC.,
Plaintiff,

-against-

UBIQUITI INC.,
Defendant.

24 Civ. 3643 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties were directed to file a joint letter regarding the status of the case by September 15, 2026.

WHEREAS, no letter has been filed. It is hereby

**ORDERED** that the parties shall file the letter by **September 23, 2026**. Repeated disregard of court orders will result in sanctions.

Dated: September 18, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE